UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY THORNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CV-2080-CAS |
| ) | |
| ST. FRANCOIS COUNTY JAIL, SHAWN ) | |
| MEL, HARDY WHITE, UNKNOWN ) | |
| HARRIS and UNKNOWN DOCTOR, ) | |
| ) | |
| Defendants. ) | |

**ORDER AND MEMORANDUM**

Before the Court is plaintiff's, Timothy Thorne, Sr.'s, motion to add three more parties to his complaint [Doc. 7]. Plaintiff moves the Court to add defendants St. Francois County, Nancy Weiss a/k/a Beverly Smith and Unknown defendant to his complaint.

On December 21, 2005, the Court, having reviewed plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), dismissed defendant St. Francois County Jail and ordered that process issue upon the complaint as to defendants Shawn Mel, Hardy White, Unknown Harris and Unknown Doctor. Plaintiff's motion to add three more parties is an attempt to amend his original complaint by interlineation. The Court has reviewed plaintiff's motion and finds that the allegations therein are unrelated or, at most, only tangentially related to the allegations in plaintiff's complaint.

This Court does not permit amendment by interlineation. Where, as here, plaintiff wishes to amend his complaint, he must re-plead and reassert all of his allegations and claims against all defendants. An amended complaint then supercedes and replaces all prior complaints. Consequently,

plaintiff's motion to add three more parties to complaint [Doc. 7] will be denied.[1]

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff's motion to add three more parties to complaint [Doc. 7] is **DENIED**, without prejudice.

Dated this 11th day of January, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that, under certain circumstances, plaintiff may amend his complaint once as a matter of course without prior approval from the Court. *See* Fed. R. Civ. P. 15(a).